Melissa Newel (#148563)
NEWEL LAW
325 24th Street
Oakland, CA  94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
BETTY JEAN PARKER

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region
SCOTT J. BORROWMAN
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8942
scott.borrowman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY JEAN PARKER,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>                Defendant. | No.  1:16-CV-00176 (EPG)<br><br>**STIPULATION AND ORDER FOR<br>EXTENSION OF  BRIEFING SCHEDULE** |

Pursuant to the Scheduling Order in the above-referenced matter (Doc. 5, p. 4:12-15), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall have an extension of thirty (30) days to file her Opening Brief. Plaintiff's counsel makes the request due to the brief being currently due on December 23, 2016 conflicting with Plaintiff's

STIPULATION EXTENDING BRIEFING SCHEDULE

counsel's pre-paid travel commitments. A thirty-day extension would result in the new deadline for Plaintiff's Opening Brief to be filed on or before January 22, 2017. All corresponding deadlines are to be modified accordingly.

                                          Respectfully submitted,

Dated: December 15, 2016              NEWEL LAW

                                By:   *Melissa Newel*
                                    Melissa Newel
                                    Attorney for Plaintiff
                                    BETTY JEAN PARKER

Dated: December 15, 2016              PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                By:   Scott Borrowman*
                                    SCOTT BORROWMAN
                                    (*Authorized by email dated 12/15/2016*)
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## **ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time of thirty (30) days, up to and including January 23, 2017, to file her Opening Brief.  All other deadlines set forth in the Scheduling Order (ECF No. 5) are modified accordingly.

IT IS SO ORDERED.

   Dated:   **December 16, 2016**                /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE