PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
    E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BETTY JEAN PARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 1:16-cv-00176-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from February 22, 2017, to March 24, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional

---

[1]    Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

time because the undersigned accepted a position outside government and the office is in the process of reassigning my workload to attorneys in the office.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  January 26, 2017

Respectfully submitted,
*/s/_Melissa Newel**_____
(*As authorized via email on January 25, 2017)
NEWEL LAW
Attorneys for Plaintiff

Dated:  January 26, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   */s/ Scott J. Borrowman*
SCOTT J. BORROWMAN
Special Assistant U.S. Attorney

Attorneys for Defendant

# **ORDER**

For the reasons provided in the stipulation, good cause appears for the time for Defendant to respond to Plaintiff's Opening Brief to be extended from February 22, 2017, to March 24, 2017.

IT IS SO ORDERED.

Dated: **January 27, 2017**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

3