PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BETTY JEAN PARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-00176-EPG<br><br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 23) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended for 30 days from March 24, 2017 to April 24, 2017 (April 23, 2017 is a Sunday).  This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload in February 2017 through April 2017.  Since Defendant's counsel was reassigned to this case on February 1, 2017, Defendant's counsel was responsible for conducting discovery in a personnel-related litigation

pending before the Equal Employment Opportunity Commission (EEOC), which required review of Complainant's responses to agency's discovery requests and numerous documents in order to investigate the relevant facts and to assist preparation for deposition of Complainant on March 10, 2017. After the deposition, Defendant's counsel requested 6-week extension to conduct further discovery, and is currently preparing to conduct deposition of multiple witnesses in April 2017. Defendant's counsel was also responsible for two appellate briefs for a Social Security case in the United States Court of Appeals for the Ninth Circuit and a bankruptcy case before the United States Bankruptcy Court for the Central District of California, in addition to at least 36 district court cases in a variety of stages.

      Defendant's counsel respectfully requests this additional time to expend the necessary time to review the 1,223-page record and to evaluate the issues Plaintiff raises, and to submit Defendant's response to Plaintiff's motion for review by this Court.

      The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

      The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: March 23, 2017        */s/ Melissa Newel\**
(\* As authorized via email on March 23, 2017)
MELISSA NEWEL

Attorney for Plaintiff

Dated: March 23, 2017        PHILLIP A. TALBERT
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

# ORDER

Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than **April 24, 2017**. Plaintiff may file her reply brief no later than **May 9, 2017**.

IT IS SO ORDERED.

Dated:  **March 27, 2017**              /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE